IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| **ROUTE ONE HUNDRED LIMITED PARTNERSHIP,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. AMD 00-3191 |
| **BEST BUY STORES, L.P.** | ) | |
| Defendant. | ) | |

## RULE 111.1 ORDER

This Court has been advised by the parties that the above action has been settled, including all counterclaims, cross-claims, and third-party claims, if any. Accordingly, pursuant to Local Rule 111.1, it is, this 6th day of April, 2001, by the United States District Court for the District of Maryland **ORDERED** that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

It is further **ORDERED** that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

The Hon. Andre M. Davis
United States District Court Judge

